IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 5:18-cv-06051-DGK |
| ) | |
| SUNSHINE CITY, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR CONSENT JUDGMENT

Plaintiff R. Alexander Acosta, Secretary of Labor, United States Department of Labor (the "Secretary"), filed suit against Sunshine City, Inc., d/b/a Sakura Sushi and Hibachi, and Zhou Xia Gao (collectively "Defendants"), for violations of the minimum wage, overtime, and recordkeeping provisions of the Fair Labor Standards Act ("the Act"), 29 U.S.C. § 201, *et seq.*

Now before the Court is Plaintiff's Motion for Consent Judgment (Doc. 4). Defendants have consented to the entry of Judgment against them. Accordingly, the motion is GRANTED and the Court rules as follows:

Defendants, their officers, agents, servants, employees, and those persons in active concert or participation with them who receive actual notice of this judgment shall be, and each of them hereby is, permanently enjoined and restrained from violating the provisions of §§ 15(a)(2), 15(a)(3), and 15(a)(5) of the Act:

1. Defendants shall not, contrary to sections 6 and 15(a)(2) of the Act, fail to pay to their employees employed in their enterprise engaged in commerce or in the production of goods for commerce, wages at rates not less than $7.25 an hour, or any rate subsequently made applicable by amendment to the Act.

2. Defendants shall not, contrary to sections 7 and 15(a)(2) of the Act, employ any of their employees in their enterprise engaged in commerce or in the production of goods for commerce, for workweeks longer than 40 hours without compensating such employee for his or her employment in excess of 40 hours per workweek at a rate not less than one and one-half times the regular rate at which he or she is employed.

3. Defendants shall not, contrary to sections 11(c) and 15(a)(5) of the Act, fail to make, keep and preserve adequate and accurate records of their employees, and of the wages, hours and other conditions and practices of employment maintained by them, as prescribed by the regulations issued, and from time to time amended, pursuant to section 11(c) of the Act (29 C.F.R. § 516). Defendants shall make such records available at all reasonable times to representatives of the Plaintiff.

4. Defendants shall not, contrary to the provisions of section 15(a)(3), discharge or in any other manner discriminate against any employee because such employee has filed any complaint or instituted or caused to be instituted any proceeding under or related to this Act, or has testified or is about to testify in any such proceeding.

5. Defendants shall immediately begin complying with all provisions of the Act. In order to ensure that Defendants remain in compliance with the Act, Defendants agree to the following:

    A. Defendants acknowledge that all tipped employees must be paid at least $2.13 per hour for all hours worked up to 40 hours a week.

    B. Defendants acknowledge that all non-tipped hourly employees must be paid at least $7.25 per hour for all hours worked up to 40 hours a week.

    C. Defendants acknowledge that all tipped employees must be paid at least one

and one half times the applicable minimum wage minus the tip credit taken by the employer per hour for all hours worked over 40 hours a week.

      D.  Defendants acknowledge that all non-tipped hourly employees must be paid at one and one half times the employee's regular rate of pay for all hours worked over 40 hours a week.

      E.  Defendants acknowledge that they are responsible for ensuring that every one of their employees accurately records all of the hours he or she works on a week-to-week basis.

      F.  Defendants acknowledge that they will make, keep, and preserve adequate and accurate records of their employees and of their employees' wages and hours worked, the amount of tips received by the tipped employees and any other credits the Defendants are using towards wages.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants shall not request, solicit, suggest, or coerce, directly or indirectly, an employee to return or to offer to return to the Defendants or to someone else for the Defendants, any money, whether in the form of cash, check, or any other form, previously due or to become due in the future to said employee under the provisions of this judgment or the Act; nor shall Defendants accept, or receive from any employee, either directly or indirectly, any money, whether in the form of cash, check, or any other form, heretofore or hereafter paid to said employee under the provisions of this judgment or the Act; nor shall Defendants discharge or in any other manner discriminate, nor solicit or encourage anyone else to discriminate, against any such employee because such employee has received or retained money due to him from the Defendants under the provisions of this judgment or the Act; nor shall Defendants or any one acting on their behalf retaliate against any employee recovering back wages under this Judgment by paying said employee at an hourly rate

3

Case 5:18-cv-06051-DGK    Document 5    Filed 05/03/18    Page 3 of 5

that is less than the regular hourly rate presently paid to such employee or that is presently set or established by Defendants for the job titles or duties such employee is performing or will be assigned to perform. Defendants will not raise an employee's immigration status as a defense to the payment of the back wages in any suit alleging such retaliation.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants are hereby restrained from continuing to withhold unpaid minimum wages and overtime compensation due the employees named in Exhibit A attached hereto in the amounts set forth opposite their names.

IT IS FURTHER ORDERED that Defendants shall deliver to the U.S. Department of Labor, Wage and Hour Division, Kansas City District Office, Gateway Tower II, 400 State Avenue, Suite 1010, Kansas City, KS 66101 on or before April 30, 2018, a certified or cashier's check made payable in the alternative to each affected employee or Wage and Hour - Labor (for example, "John Doe or Wage and Hour – Labor"), for the net amount due after appropriate deductions for income withholding taxes (federal income tax withholding to be deducted at the lump sum rate of 20%) and the employee's share of the social security (F.I.C.A.) tax. Defendants shall furnish with the check a recapitulation showing the gross amounts due, tax deductions, the net amount payable and the last known address for each employee. Defendants shall furnish with the checks their federal tax identification number and the social security number and last known address for each employee named in Exhibit A attached hereto. Upon receipt of full payment from Defendant, Plaintiff's counsel shall file with the Court a certificate of payment and representatives of the Plaintiff shall distribute such amounts to the employees or their legal representative as their interests may appear, in accordance with the provisions of section 16(c) of the Act. Defendants remain responsible for the employer's share of F.I.C.A. arising from or

4

Case 5:18-cv-06051-DGK   Document 5   Filed 05/03/18   Page 4 of 5

related to the back wages distributed by Plaintiff.

Any sums not distributed within a period of three years from the date of this judgment because of inability to locate the proper persons or because of such person's refusal to accept the sums sought to be distributed shall be deposited into the Treasury of the United States.

Each party shall bear his or its own costs, fees and other expenses incurred by such party in connection with any stage of this proceeding.

**IT IS SO ORDERED.**

DATE:  May 3, 2018                                               /s/ Greg Kays
                                                                             GREG KAYS, CHIEF JUDGE
                                                                             UNITED STATES DISTRICT COURT